**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MANUEL MAGANELLES-TREJO (1)<br>aka Miguel Garcia-Oerez,<br><br>　　　　　　　　　　Defendant. | Case No. 98-CR-2958-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND RECALL WARRANT** |

Upon motion of the United States of America [ECF 45] and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Indictment [ECF 8] in the above-entitled case be dismissed without prejudice as to Manuel Maganelles-Trejo and recall the arrest warrant.

**IT IS SO ORDERED.**

Dated: November 8, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　United States District Judge